U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 21 2007

CLERK, U.S. DISTRICT COURT

By _____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

PAUL LEWIS RIBB,                    §
                                    §
                Petitioner,         §
                                    §
VS.                                 §   NO. 4:06-CV-831-A
                                    §
NATHANIEL QUARTERMAN,               §
DIRECTOR, TEXAS DEPARTMENT          §
OF CRIMINAL JUSTICE,                §
CORRECTIONAL INSTITUTIONS           §
DIVISION,                           §
                                    §
                Respondent.         §

O R D E R

Came on for consideration the above-captioned action wherein Paul Lewis Ribb is petitioner and Nathaniel Quarterman, Director, T.D.C.J., Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On May 29, 2007, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by June 15, 2007. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the petition be, and is hereby, denied.

SIGNED June 21, 2007.

JOHN McBRYDE
United States District Judge